IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:18-cv-00063-KMT

LARRY TANNER,
individually,

        Plaintiff,

v.

AFL MAINTENANCE GROUP, INC.,
and JERRY NATIVIDAD, individually,

        Defendants.

## STIPULATION TO DISMISS THE ACTION WITH PREJUDICE
## PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(II)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Larry Tanner and Defendants AFL Maintenance Group, Inc. and Jerry Natividad stipulate to the dismissal of the entire action with prejudice, each party to bear his or its own costs and attorneys' fees.

Respectfully submitted this 4 day of May, 2018.

| | |
|---|---|
| s/ Donna Dell'Olio | s/ Michelle L. Gomez |
| Donna Dell'Olio | Joshua B. Kirkpatrick |
| CORNISH & DELL'OLIO, P.C. | Michelle L. Gomez |
| 431 N. Cascade Ave., Suite 1 | LITTLER MENDELSON, P.C. |
| Colorado Springs, CO 80903 | 1900 Sixteenth Street, Suite 800 |
| Phone: 719.475.1204 | Denver, CO 80202 |
| Fax: 719.475.1264 | Phone: 303.629.6200 |
| Email: ddellolio@cornishanddellolio.com | Fax: 303.629.0200 |
| | Email: jkirkpatrick@littler.com |
| | mgomez@littler.com |
| ATTORNEYS FOR PLAINTIFF | |
| LARRY TANNER | ATTORNEYS FOR DEFENDANTS |
| | AFL MAINTENANCE GROUP, INC. AND |
| | JERRY NATIVIDAD |

## CERTIFICATE OF SERVICE

I hereby certify that on this __th day of May, 2018, a copy of the above and foregoing STIPULATION TO DISMISS THE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P 41(a)(1)(A)(ii) was filed using the Court's CM/ECF filing system which caused service on the following:

Donna Dell'Olio
Cornish & Dell'Olio, P.C.
431 N. Cascade Ave., Suite 1
Colorado Springs, CO 80903
ddellolio@cornishanddellolio.com

ATTORNEYS FOR PLAINTIFF

*s/Meri Pincock*
Meri Pincock

Firmwide:154351820.1 096676.1001